IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00185-EWN-MJW

BOARD OF TRUSTEE, SHEET METAL WORKERS' LOCAL 9 PENSION TRUST, et al.,

Plaintiff,

v.

CHAVEZ SHEET METAL,

Defendant.

## MINUTE ORDER

It is hereby ORDERED that Plaintiffs' Emergency Motion to Expedite Ruling on Plaintiff's Motion for Writ of Execution of Judgment (docket no. 22) is GRANTED finding good cause shown.

It is FURTHER ORDERED that this court's minute order (docket no. 21) is VACATED.

It is FURTHER ORDERED that Defendant Chavez Sheet Metal shall have up to and including August 7, 2008, to file a response to Plaintiffs' Motion for Writ of Execution of Judgment (docket no. 19).

Date: August 4, 2008