IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00185-EWN-MJW

BOARD OF TRUSTEE, SHEET METAL WORKERS' LOCAL 9 PENSION TRUST, et al.,

Plaintiff,

v.

CHAVEZ SHEET METAL,

Defendant.

## MINUTE ORDER

It is hereby ORDERED that the Plaintiffs' Motion for Writ of Execution of Judgment (docket no. 19), is GRANTED finding good cause and no objection by the Defendant Chavez Sheet Metal. The Clerk of Court shall issue the Writ of Execution.

Date: August 11, 2008