IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00185-MSK-MJW

BOARD OF TRUSTEE, SHEET METAL WORKERS' LOCAL 9 PENSION TRUST, et al.,

Plaintiff,

v.

CHAVEZ SHEET METAL,

Defendant.

MINUTE ORDER

It is hereby **ORDERED** that Employers Mutual Casualty Company's ("EMC")Motion to Intervene as a Defendant Under Rule 24 (docket no. 29) is **DENIED** for the following reasons. The trust account from which the subject funds were withdrawn and deposited into the court were jointly controlled by Defendant Chavez Sheet Metal Company and Employers Mutual Casualty Company and therefore subject to the provisions of § 11-105-105, C.R.S. That Colorado law provides that with respect to joint bank accounts, property may be withdrawn by either party. See Fair v. Wise, 753 P.2d 780 (Colo. App. 1987). Accordingly, EMC private agreement is enforceable against Defendant Chavez Sheet Metal Company in a separate civil action and not against the subject funds in question.

Date:   December 8, 2008