IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00185-MSK-MJW

BOARD OF TRUSTEES, SHEET METAL WORKERS' LOCAL 9 PENSION TRUST, et al.,

Plaintiff,

v.

CHAVEZ SHEET METAL,

Defendant.

## MINUTE ORDER

It is hereby ORDERED that Employer Mutual Casualty Company's Motion for Reconsideration of December 8, 2008 Minute Order of Magistrate Judge Michael J. Watanabe (docket no. 39) is DENIED for those reasons stated in this court's December 8, 2008, minute order (docket no. 37) and for those additional reasons as outlined in the Plaintiffs' Response and Objection to EMC's Motion for Reconsideration of the December 8,m 2008 Order (docket no. 42).

It is hereby ORDERED that Plaintiffs' Motion for Disbursement of Funds (docket no. 31) is GRANTED. Defendant Chavez Sheet Metal has failed to file any timely response to this motion (docket no. 31) and therefore this court deems the motion confessed. It is FURTHER ORDERED that Employers Mutual Casualty Company's Response in Objection to Motion for Disbursement of Funds and Cross-Motion for

Disbursement of Funds to EMC (docket no. 38) is STRICKEN since Employers Mutual Casualty Company has not been permitted to intervene.

Date: January 15, 2009
_____